IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| BRENDA C. ARMSTEAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | NO. 08-3169 |
| HSBC CARD SERVICES, and | ) | |
| BARACK OBAMA, | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

RICHARD MILLS, U.S. District Judge:

In a bizarre juxtaposition of the banal and the sublime, Brenda C. Armstead asks this Court to fix her credit card problems and appoint President George W. Bush and Senator Barack Obama co-Presidents for life. Should the court feel so inclined, Armstead also requests that all state and federal officials of every ilk, as well as their staff, be appointed for life.

In order to pursue these claims, Armstead requests in forma pauperis status and has filed an affidavit attesting to her indigence. Nevertheless,

courts have an obligation to dismiss suits that are frivolous or malicious, fail to state a claim, or seek monetary relief from an immune defendant. 28 U.S.C. § 1915(e)(2).

The frivolity of Armstead's appointment requests are self-evident.

The credit card claims fare no better. Styled as a "Petition to Revoke State Business License," the filing summarily alleges fraud and forgery because "Plaintiff is having difficulty with the Postal Service forwarding current mail to new address . . . and because Plaintiff is not receiving forwarding mail, HSBC is adding charges that is [sic] not the Plaintiff's fault." That is not fraud or forgery.

Accordingly, this case and all pending motions are dismissed.

Unfortunately, Armstead's frivolity comes as little surprise, as her legions of groundless suits have taxed the resources and patience of federal and state courts across the nation. *See, e.g., Armstead v. Sorrentino*, 2003 WL 23142222 (W.D. Wis. Feb. 7, 2003).

While Armstead's litigious inclinations have thus far proven impervious to correction, this Court nonetheless adds its voice to the chorus of others warning Armstead that further baseless suits will result in

sanctions.

    IT IS SO ORDERED.

    ENTERED:    August 14, 2008

    FOR THE COURT:    /s Richard Mills
                                      United States District Judge